MICHAEL J. McCUE (Bar No. 6055)
MMcCue@LRLaw.com
JONATHAN W. FOUNTAIN (Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiffs
FIRST TIME VIDEOS LLC and
ROBERT H. SIMYAR

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST TIME VIDEOS LLC, a Nevada limited liability company and ROBERT H. SIMYAR, <br><br> Plaintiffs, <br><br> v. <br><br> SUPERSTAR MEDIA LABS, LLP, an Arizona limited liability partnership, and REGAN SCOTT FRANKS II, an individual, <br><br> Defendants. | Case No. 2:11-cv-00992-KJD-LRL <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO OPEN AND MAINTAIN ACTION UNDER SEAL** |

**UPON CONSIDERATION** of Plaintiffs' motion for leave to open and maintain this action under seal, Plaintiffs' motion for an *ex parte* temporary restraining order without notice, Plaintiffs' motion for preliminary injunction, the Declaration of Robert H. Simyar, the Declaration of Michael J. McCue, the memoranda of points and authorities supporting each of the foregoing motions, and for other good cause shown;

Plaintiffs' motion for leave to open and maintain this action under seal is hereby **GRANTED**. Plaintiffs' counsel shall appear in the office of the Clerk of the Court, shall pay the filing fee, and shall submit for filing an original and two paper copies of: (1) the Civil Cover Sheet; (2) the proposed Summonses; (3) the Complaint; (4) Plaintiffs' *ex parte* motion for temporary restraining order without notice; (5) Plaintiffs' motion for preliminary injunction; (6)

the Declaration of Robert Simyar; (7) the Declaration of Michael J. McCue; (8), Plaintiffs' proposed temporary restraining order; (9) Plaintiffs' proposed preliminary injunction; (10) Plaintiffs' motion for leave to open and maintain this action under seal; and (11) a proposed form of order granting Plaintiffs' motion for leave to open and maintain this action under seal. The Clerk of the Court is directed to receive these papers, to open a civil action under seal, and to maintain the action under seal pending further order of the Court.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 20, 2011