FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 28 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  MICHAEL J. McCUE (Bar No. 6055)
   MMcCue@LRLaw.com
2  JONATHAN W. FOUNTAIN  (Bar No. 10351)
   JFountain@LRLaw.com
3  NIKKYA G. WILLIAMS
   Nwilliams@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
6  Fax  (702) 949-8398

7  Attorneys for Plaintiffs
   FIRST TIME VIDEOS LLC and
8  ROBERT H. SIMYAR

9              **UNITED STATES DISTRICT COURT**

10               **DISTRICT OF NEVADA**

11

12  FIRST TIME VIDEOS LLC, a Nevada limited      Case No. 2:11-cv-00992-KJD-LRL
    liability company and ROBERT H. SIMYAR,
13                                               **ORDER**
                    Plaintiffs,
14
         v.
15
    SUPERSTAR MEDIA LABS, LLP, an Arizona
16  limited liability partnership, and REGAN
    SCOTT FRANKS II, an individual,
17
                    Defendants.
18

19      **UPON  CONSIDERATION**  of Plaintiffs' representations that the circumstances

20  necessitating the Court's prior ~~motion~~ order to maintain this action under seal have passed and for other

21  good cause shown;

22      IT IS ORDERED that the Clerk of the Court shall unseal this case and make it available

23  through the Court's CM/ECF system.

24                              **IT IS SO ORDERED:**

25

26                              _____

27                              UNITED STATES DISTRICT JUDGE

28                              DATED:  6/28/2011

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

                              -1-                                          587647.1