MICHAEL J. McCUE (Bar No. 6055)
MMcCue@LRLaw.com
JONATHAN W. FOUNTAIN  (Bar No. 10351)
JFountain@LRLaw.com
NIKKYA G. WILLIAMS (Bar No. 11484)
NWilliams@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiffs
FIRST TIME VIDEOS LLC and
ROBERT H. SIMYAR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST TIME VIDEOS LLC, a Nevada limited liability company and ROBERT H. SIMYAR, <br><br> Plaintiffs, <br><br> v. <br><br> SUPERSTAR MEDIA LABS, LLP, an Arizona limited liability partnership, and REGAN SCOTT FRANKS II, an individual, <br><br> Defendants. | Case No. 2:11-CV-992-KJD-LRL <br><br> **CONTEMPT ORDER** |

On April 16, 2012, the Court entered an Order requiring Defendants Superstar Media Labs, LLP ("Superstar") and Regan Scott Franks II ("Mr. Franks") to appear and show cause on May 2, 2012 why they should not be held in contempt for failing to comply with Court's October 6, 2011 Default Judgment.  At the May 2, 2012 hearing, Plaintiffs First Time Videos LLC and Robert H. Simyar were represented by their counsel of record.  Superstar and Mr. Franks failed to appear.  The Court, having considered the matter, and for good cause shown,

IT IS HEREBY ORDERED that Defendants are deemed in civil contempt for failing to appear and show cause for their failure to comply with the Court's October 6, 2011 Default Judgment.

IT IS HEREBY FURTHER ORDERED that Defendants shall forthwith deliver the following items to Plaintiffs' counsel for destruction:

1. Mr. Franks' personal computer;
2. One (1) color laser printer;
3. One (1) DVD burner, also known as a DVD robot; and
4. Three (3) hard disk drives, identified in the Declaration of Nikkya G. Williams (Doc. 22-2, ¶ 6).

These items shall be delivered to: LEWIS AND ROCA LLP, c/o Jonathan W. Fountain, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada, 89169.

IT IS HEREBY FURTHER ORDERED that Defendants shall be fined, jointly and severally, ONE HUNDRED DOLLARS ($100.00) per day until they turn over the aforementioned items to Plaintiffs' counsel.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/4/12